IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              No. 4:12-cr-108-DPM-1

JAMES LEMONT HARRIS                                                  DEFENDANT

### Sentencing Scheduling Order

Sentencing is set for **2 May 2013 at 10:00 a.m. in Courtroom B-155**. So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated . . . . . . . . . . . . . . . . . . . . 14 calendar days before sentencing

- Motions to depart or vary and sentencing memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Deadline Passed

- Notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve . . . . . . . . . . . . . . . . . . . 10 calendar days before sentencing

- Responses to any departure or variance motions and responding memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Deadline Passed

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 March 2013