## IN THE UNITED STATES OF AMERICA
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                              **No. 4:12-cr-108-DPM-1**

**JAMES LEMONT HARRIS**                                         **DEFENDANT**


### Amended Sentencing Scheduling Order


Sentencing is set for **17 April  2013 at 11:00 a.m. in Courtroom B-155**.

So the Court and all parties can prepare for the hearing, the Court sets the

following schedule.

- Final PSR, including responses to objections, circulated . . . . . . . . . . .  . . . . . . . . . 14 calendar days before sentencing

- Motions to depart or vary and sentencing memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Deadline Passed

- Notice by filing about witnesses, estimated h e a r i n g   l e n g t h , likelihood of third point, and applicability of safety valve . . . . . . . . . .  . . . . . . . . . 10 calendar days before sentencing

- Responses to any departure or variance motions and responding memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Deadline Passed

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 March 2013
_____